THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>CLARK COUNTY, WASHINGTON; MITCH NICKOLDS, in his official capacity as Director of Community Development of Clark County; KEVIN A. PRIDEMORE, in his official capacity as Code Enforcement Coordinator of Clark County; and RICHARD DAVIAU, in his official capacity as County Planner of Clark County,<br><br>                      Defendants. | No.: 3:18-cv-5926-BHS<br><br>PLAINTIFF BNSF RAILWAY COMPANY'S RESPONSE TO MOTIONS TO INTERVENE BY THE COLUMBIA RIVER GORGE COMMISSION AND FRIENDS OF THE COLUMBIA RIVER GORGE, INC.<br><br>**NOTING DATE: December 14, 2018** |

Plaintiff BNSF Railway Company ("BNSF") submits the following response to the motions to intervene filed by the Columbia River Gorge Commission (ECF No. 23) and Friends of the Columbia River Gorge, Inc. (ECF No. 24) (collectively, the "Motions to Intervene").

As set forth herein, BNSF does not oppose granting the Motions to Intervene. Although BNSF disputes many of the proposed intervenors' legal arguments and factual contentions, particularly with regards to the merits of BNSF's claims, it is BNSF's view that intervention by these two entities will facilitate a resolution of the legal issues raised in BNSF's complaint.

BNSF RAILWAY CO.'S RESP. TO MOTS. TO INTERVENE
BY COLUMBIA RIVER GORGE COMMISSION AND
FRIENDS OF THE COLUMBIA RIVER GORGE, INC. - 1
CASE NO. 3:18-CV-5926-BHS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Accordingly, to the extent the Court determines the Columbia River Gorge Commission and the Friends of the Columbia Gorge's interests are sufficient, BNSF does not oppose granting the motions to intervene under the permissive intervention standard of Federal Rule of Civil Procedure 24(b). BNSF reserves all rights to oppose any legal arguments or dispute any factual contentions contained in the proposed intervenors' motions and supporting papers.

Respectfully submitted this 3rd day of December, 2018.

K&L GATES LLP

By */s/ James M. Lynch*
James M. Lynch, WSBA #29492
By */s/ J. Timothy Hobbs*
J. Timothy Hobbs, WSBA #42665
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
Jim.Lynch@klgates.com
Tim.Hobbs@klgates.com

By */s/ Barry Hartman*
Barry Hartman (pro hac vice)
K&L Gates LLP
1601 K Street, NW
Washington, D.C. 20006-1600
Telephone: (202) 778-9000
Fax: (202) 778.9100
Barry.Hartman@klgates.com

BNSF RAILWAY CO.'S RESP. TO MOTS. TO INTERVENE
BY COLUMBIA RIVER GORGE COMMISSION AND
FRIENDS OF THE COLUMBIA RIVER GORGE, INC. - 2
CASE NO. 3:18-CV-5926-BHS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | By */s/ Benjamin J. Horwich* |
| | Benjamin J. Horwich (pro hac vice) |
| 3 | By */s/ Allison M. Day* |
| | Allison M. Day (pro hac vice) |
| 4 | By */s/ Andre W. Brewster III* |
| | Andre W. Brewster III (pro hac vice) |
| 5 | Munger, Tolles & Olson LLP |
| | 560 Mission Street, Twenty-Seventh Floor |
| 6 | San Francisco, CA 94105 |
| | Telephone: (415) 512-4000 |
| 7 | Fax: (415) 512-4000 |
| | Ben.Horwich@mto.com |
| 8 | Allison.Day@mto.com |
| | Andy.Brewster@mto.com |
| 9 | |
| 10 | By */s/ Ginger D. Anders* |
| | Ginger D. Anders (pro hac vice) |
| | Munger, Tolles & Olson LLP |
| 11 | 1155 F Street NW, Seventh Floor |
| | Washington, DC 20004 |
| 12 | Telephone: (202) 220-1100 |
| | Fax: (202) 220-2300 |
| 13 | Ginger.Anders@mto.com |
| 14 | *Attorneys for Plaintiff BNSF Railway Company* |

BNSF RAILWAY CO.'S RESP. TO MOTS. TO INTERVENE
BY COLUMBIA RIVER GORGE COMMISSION AND
FRIENDS OF THE COLUMBIA RIVER GORGE, INC. - 3
CASE NO. 3:18-CV-5926-BHS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on December 3, 2018, I electronically filed the foregoing with |
| 3 | the Clerk of the Court using the CM/ECF system which will send notification of such filing |
| 4 | to the registered CM/ECF users in this case. |

*/s/ J. Timothy Hobbs*
J. Timothy Hobbs, WSBA #42665
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
Tim.Hobbs@klgates.com

BNSF RAILWAY CO.'S RESP. TO MOTS. TO INTERVENE
BY COLUMBIA RIVER GORGE COMMISSION AND
FRIENDS OF THE COLUMBIA RIVER GORGE, INC. - 4
CASE NO. 3:18-CV-5926-BHS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022