UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, WASHINGTON; MITCH NICKOLDS, in his official capacity as Director of Community Development of Clark County; KEVIN A. PRIDEMORE, in his official capacity as Code Enforcement Coordinator of Clark County; and RICHARD DAVIUAU, in his official capacity as County Planner of Clark County,<br><br>Defendants. | No. 3:18-cv-05926<br><br>CLARK COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |

Unless specifically admitted herein, Defendants deny each and every allegation in Plaintiff's Complaint.

## I.  INTRODUCTION

Defendants deny the allegations contained in Plaintiff's "Introduction," as they consist of improper argument and legal conclusions. Moreover, Defendants are without knowledge as to the truth of the factual allegations contained in the Introduction because Plaintiff has not yet applied for a National Scenic Area Permit that would supply information regarding its project.

CLARK COUNTY DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES - 1 of 8

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

## II. PARTIES

1. Defendants admit the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. With regard to the allegations in Paragraph 2 of Plaintiff's Complaint, Defendants admit that Clark County, Washington, is a municipal corporation formed and operating under the laws of the State of Washington.

3. Defendants admit the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendants admit the allegations in Paragraph 4 of Plaintiff's Complaint.

5. Defendants admit the allegations in Paragraph 5 of Plaintiff's Complaint.

## III. JURISDICTION

6. Defendants deny the jurisdictional conclusions and allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendants deny the jurisdictional conclusions and allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendants deny the jurisdictional conclusions and allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendants deny the jurisdictional conclusions and allegations contained in Paragraph 9 of Plaintiff's Complaint.

## IV. VENUE AND INTRADISTRICT ASSIGNMENT

10. Subject to, and without waiving any jurisdictional defenses, Defendants admit the allegations contained in Paragraph 10 of Plaintiff's Complaint.

CLARK COUNTY DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES - 2 of 8

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

11. Subject to, and without waiving any jurisdictional defenses, Defendants admit the allegations contained in Paragraph 11 of Plaintiff's Complaint.

## V. STATUTORY AND REGULATORY BACKGROUND

### A. ICCTA

12. Defendants deny the allegations contained in Paragraph 12 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

13. Defendants deny the allegations contained in Paragraph 13 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

14. Defendants deny the allegations contained in Paragraph 14 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

### B. The Columbia River Gorge Compact

15. Defendants deny the allegations contained in Paragraph 15 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

16. Defendants deny the allegations contained in Paragraph 16 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

17. Defendants deny the allegations contained in Paragraph 17 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

### C. Clark County Unified Development Code

18. Defendants admit the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. With regard to the allegation contained in Paragraph 19 of Plaintiff's Complaint, Defendants admit that, pursuant to the Columbia Gorge National Scenic Area Act, it has enacted

CLARK COUNTY DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES - 3 of 8

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

land use ordinances, codified as Clark County Code 40.420, for the National Scenic Area located in Clark County.

20. Defendants deny the allegations contained in Paragraph 20 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

21. Defendants admit the allegations contained in Paragraph 21 of Plaintiff's Complaint.

## VI. STATEMENT OF FACTS

22. Defendants are without information or belief sufficient to admit or deny the allegations contained in Paragraph 22 of Plaintiff's Complaint and, therefore, denies the same.

23. Defendants are without information or belief sufficient to admit or deny the allegations contained in Paragraph 23 of Plaintiff's Complaint and, therefore, denies the same.

24. Defendants are without information or belief sufficient to admit or deny the allegations contained in Paragraph 24 of Plaintiff's Complaint and, therefore, denies the same.

25. Defendants are without information or belief sufficient to admit or deny the allegations contained in Paragraph 25 of Plaintiff's Complaint and, therefore, denies the same.

26. Defendants are without information or belief sufficient to admit or deny the allegations contained in Paragraph 26 of Plaintiff's Complaint and, therefore, denies the same.

27. Defendants are without information or belief sufficient to admit or deny the allegations contained in Paragraph 27 of Plaintiff's Complaint and, therefore, denies the same.

28. Defendants deny the allegations contained in Paragraph 28 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

29. Defendants admit that Defendant Daviau advised BNSF that a National Scenic Area Permit was required for BNSF's project in the Columbia River Gorge National Scenic

CLARK COUNTY DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES - 4 of 8

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

Area. Defendants deny the remaining allegations contained in Paragraph 29 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

30. Defendants admit that, with regard to the allegation contained in Paragraph 30 of Plaintiff's Complaint, on or about September 20, 2018, Defendant Pridemore informed BNSF that it was required to obtain a National Scenic Area Permit for its project in the Columbia River Gorge National Scenic Area.

31. Defendants admit the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. Defendants admit the allegations contained in Paragraph 32 of Plaintiff's Complaint.

### VII. NECESSITY FOR DECLARATORY AND INJUNCTIVE RELIEF

33. Defendants deny the allegations contained in Paragraph 33 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

34. Defendants deny the allegations contained in Paragraph 34 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

35. Defendants deny the allegations contained in Paragraph 35 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

36. Defendants deny the allegations contained in Paragraph 36 of Plaintiff's Complaint because they consist of improper argument and legal conclusions.

### VIII. CAUSE OF ACTION – ICCTA Preemption

37. Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

38. Defendants deny the allegations contained in Paragraph 38 of Plaintiff's Complaint.

## IX. AFFIRMATIVE DEFENSES

By way of Further Answer, Defendants allege the following Affirmative Defenses:

### FIRST AFFIRMATIVE DEFENSE
(Lack of Subject Matter Jurisdiction)

39. This Court lacks subject matter jurisdiction over this case.

### SECOND AFFIRMATIVE DEFENSE
(Failure to State a Claim)

40. Plaintiff has failed to state a claim upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE
(Failure to Exhaust Administrative Remedies)

41. Plaintiff has failed to exhaust its administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE
(Estoppel)

42. Plaintiff's claims are barred by the doctrine of equitable estoppel.

### FIFTH AFFIRMATIVE DEFENSE
(Waiver)

43. Plaintiff's claims are barred by the doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE
(Primary Jurisdiction)

44. Plaintiff's claims are barred by the doctrine of primary jurisdiction.

## IX. RELIEF REQUESTED

WHEREFORE, County Defendants have fully answered Plaintiff's Complaint and, having set forth its defenses, pray for relief as follows:

CLARK COUNTY DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES - 6 of 8

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

1. For dismissal of the Complaint with prejudice;

2. Such further relief as may be just and proper.

Dated this 5th day of December, 2018.

                *s/ Taylor Hallvik*
                Taylor Hallvik, WSBA #44963
                Deputy Prosecuting Attorney
                Clark County Prosecutor's Office
                Civil Division
                PO Box 5000
                Vancouver WA 98666-5000
                    Tele: (564) 397-2478
                    Email: taylor.hallvik@clark.wa.gov

                *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2018, I electronically filed the foregoing *Clark County Defendants' Answer and Affirmative Defenses* with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

*Attorneys for Plaintiff:*

James M. Lynch
J. Timothy Hobbs
    K & L Gates, LLP
    925 Fourth Avenue #2900
    Seattle WA 98104-1158
        Email to: jim.lynch@klgates.com; ethan.norss@klgates.com;
                      tim.hobbs@klgates.com; laura.white@klgates.com

Barry M. Hartman
    K & L Gates, LLP
    1601 K St NW
    Washington DC 20006-1600
        Email to: barry.hartman@klgates.com; klgateseservice@klgates.com

///////

CLARK COUNTY DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES - 7 of 8

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

Benjamin J. Horwich
Allison M. Day
Andre W. Brewster, III
    Munger Tolles & Olson
    560 Mission St, 27th Floor
    San Francisco CA 94105-2907
        Email to: ben.horwich@mto.com; susan.ahmadi@mto.com
                      allison.day@mto.com; mark.roberts@mto.com
                      andy.brewster@mto.com; sarah.williams@mto.com

Ginger D. Anders
    Munger Tolles & Olson
    1155 F Street NW, Seventh Floor
    Washington DC 20004
        Email to: ginger.anders@mto.com; felicia.bankhead@mto.com

Attorneys for *Intervenor, Friends of the Columbia Gorge, Inc.*:

Nathan Baker
Steven D. McCoy
    Friends of the Columbia Gorge, Inc.
    333 SW Fifth Avenue #300
    Portland OR 97204
        Email to: nathan@gorgefriends.org;
                  steve@gorgefriends.org

Gary K. Kahn
    Reeves Kahn Hennessy & Elkins
    PO Box 86100
    Portland OR 97286
        Email to: gkahn@rke-law.com

Attorney for *Intervenor, Columbia River Gorge Commission*:

Jeffrey B. Litwak
Columbia River Gorge Commission
57 NE Wauna Avenue
PO Box 730
White Salmon WA 98672
    Email to: jeff.litwak@gorgecommission.org

DATED this 5th day of December, 2018.

                                *s/ Thelma Kremer*
                                Thelma Kremer, Legal Secretary

CLARK COUNTY DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES - 8 of 8

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)