Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>                             Plaintiff,<br><br>    v.<br><br>CLARK COUNTY, WASHINGTON; MITCH NICKOLDS, in his official capacity as Director of Community Development of Clark County; KEVIN A. PRIDEMORE, in his official capacity as Code Enforcement Coordinator of Clark County; and RICHARD DAVIAU, in his official capacity as County Planner of Clark County,<br><br>                             Defendants. | No.: 3:18-cv-5926-BHS<br><br>**STATUS REPORT REGARDING PLAINTIFF BNSF RAILWAY COMPANY'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Note on Motion Calendar:<br>December 19, 2018 |

Plaintiff BNSF Railway Company ("BNSF") hereby files this status report to update the Court and the parties on changed circumstances since the filing of BNSF's pending motion for a preliminary injunction, *see* Dkt. # 8, currently scheduled for hearing on December 19, 2018, *see* Dkt. # 16.

The railroad track construction project at issue in this case is scheduled to be substantially completed on December 17, 2018. *See* Declaration of Donald R. Omsberg filed herewith, at ¶ 6. Barring unanticipated events (such as severe weather), BNSF intends to put the new track "in-

BNSF'S STATUS REPORT
Case No. 3:18-cv-5926-BHS

1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

service" on that date, meaning that the new track will be open and available to receive normal train traffic. *See id.* BNSF expects to perform some additional work following the completion of the Construction Project on December 17, 2018. For example, BNSF plans to remove the old turnout from the area in segment one of the Construction Project, perform cleanup work in that area, and reseed disturbed areas in compliance with federal permits. *See id*. at ¶ 7.

Counsel for BNSF contacted counsel for the defendants and proposed intervenor-defendants on December 12, 2018, to advise them of the planned in-service date and to determine whether this new development obviated the need for BNSF's pending preliminary injunction motion (and might allow the parties to present their legal dispute to the Court on motions for summary judgment). *See* Supplemental Declaration of James M. Lynch filed herewith, at ¶ 2. Responses received from defendant Clark County and proposed intervenor-defendant Columbia River Gorge Commission indicated to BNSF that the threat of enforcement action remains extant during the pendency of this litigation. *See id*., Ex. A. In particular, those responses indicated that the County or Commission may seek abatement against the new track (*e.g.*, a proceeding to force BNSF to remove the new track), or other remedies. Because the threat remains of imminent enforcement action that BNSF contends is unlawful, BNSF intends to proceed with its motion for a preliminary injunction as scheduled.

Respectfully submitted,

BNSF'S STATUS REPORT 2
Case No. 3:18-cv-5926-BHS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

K&L GATES LLP
By    /s/ James M. Lynch
   James M. Lynch, WSBA #29492
By    /s/ J. Timothy Hobbs
   J. Timothy Hobbs, WSBA #42665
   K&L Gates LLP
   925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
   Telephone: (206) 623-7580
   Fax: (206) 623-7022
   Jim.Lynch@klgates.com
   Tim.Hobbs@klgates.com

By    /s/ Barry Hartman
   Barry Hartman (pro hac vice)
   K&L Gates LLP
   1601 K Street, NW
   Washington, DC 20006-1600
   Telephone: (202) 778-9000
   Fax: (202) 778.9100
   Barry.Hartman@klgates.com

MUNGER, TOLLES & OLSON LLP
By    /s/ Benjamin J. Horwich
   Benjamin J. Horwich (pro hac vice)
By    /s/ Allison M. Day
   Allison M. Day (pro hac vice pending)
By    /s/ Andre W. Brewster III
   Andre W. Brewster III (pro hac vice)
   Munger, Tolles & Olson LLP
   560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA 94105
   Telephone: (415) 512-4000
   Fax: (415) 512-4000
   Ben.Horwich@mto.com
   Allison.Day@mto.com
   Andy.Brewster@mto.com

By    /s/ Ginger D. Anders
   Ginger D. Anders (pro hac vice)
   Munger, Tolles & Olson LLP
   1155 F Street NW, Seventh Floor
   Washington, DC 20004
   Telephone: (202) 220-1100
   Fax: (202) 220-2300
   Ginger.Anders@mto.com

*Attorneys for Plaintiff BNSF Railway Co.*

BNSF'S STATUS REPORT
Case No. 3:18-cv-5926-BHS

3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022